FILED

11/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0495

# IN THE SUPREME COURT OF THE STATE OF MONTANA

TOWN OF KEVIN,

        Petitioner and Appellant,

   vs.

MONTANA DEPARTMENT OF
NATURAL RESOURCES AND
CONSERVATION,

        Respondent and Appellee,

CITY OF SHELBY

        Applicant and Appellee.

Case No.: DA 23-0495

**ORDER GRANTING
UNOPPOSED MOTION FOR
EXTENSION**

Appellant Town of Kevin, having filed an *Unopposed Motion for Extension* within which to file Appellant's Opening Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. Appellant's Opening Brief is due on or before December 13, 2023.

**Electronically dated and signed below.**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 6 2023